# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-3352 & 12-3353

In re: Visteon Corporation, et al

1-10-cv-01070

# O R D E R

The Court has received the Brief and Supplemental Appendix from **Visteon Corp**.

**The brief does not comply with the following Court requirements:**

**Form of Appendix**- The following aspect(s) of the appendix is/are noncompliant:

**.** Supplemental appendix filed without a motion for leave to file

In order to cure errors with respect to FORM, **Visteon Corp** must file a motion for leave to file supplemental appendix. Motion must be filed in electronic format only with a certificate of service.

**Counsel or the party(ies) must correct the above listed deficiencies by 02/14/2014. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

**Dated:　February 11, 2014**

**MS/cc:　Heather A. Bloom, Esq.**
**　　　　Andrew B. Bloomer, Esq.**
**　　　　Timothy P. Cairns, Esq.**
**　　　　Peter D. DeChiara, Esq.**
**　　　　Laura D. Jones, Esq.**
**　　　　James E. O'Neill III, Esq.**

**For questions please contact the Clerk's Office at 267-299-4929.**

Case: 12-3352     Document: 003111531496     Page: 2     Date Filed: 02/11/2014